UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARGERITA NOLAND-MOORE | ) | CASE NO.  1:18-cv-02730 |
| | ) | |
| | ) | JUDGE ADAMS |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S STATUS REPORT** |
| | ) | |
| CITY OF CLEVELAND | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Court's Order of September 25, 2019, Defendant City of Cleveland ("Cleveland") offers the following status report in anticipation of the October 10, 2019 conference.  Defendant has provided Plaintiff with substantial data regarding its payment of shift differential and longevity pay to Cleveland employees. The parties subsequently engaged in a private mediation.  Although this matter was not resolved at that mediation, the parties have continued to engage in settlement discussions and continue to make progress towards resolving this case.   Although the parties anticipate a resolution, if the case does not resolve, the parties will submit proposed case management dates prior to the CMC through an updated planning report.

Respectfully submitted,

**ZASHIN & RICH CO., L.P.A.**

*s/ Lauren M. Drabic*
Jon M. Dileno (0040836)
jmd@zrlaw.com
Ami J. Patel (0078201)
ajp@zrlaw.com
Lauren M. Drabic (0097448)
lmd@zrlaw.com

950 Main Avenue, 4th Floor
Cleveland, OH 44113
T: 216/696-4441
F: 216/696-1618

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*s/ Lauren M. Drabic*
Lauren M. Drabic (0097448)

*One of the attorneys for Defendant*