UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARGERITA NOLAND-MOORE | CASE NO. 1:18-cv-02730 |
| | |
| | JUDGE ADAMS |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| | |
| CITY OF CLEVELAND | |
| | |
| Defendant. | |

Pursuant to the Court's Order, the Plaintiff Margerita Noland-Moore and Defendant City of Cleveland submit the following status report in advance of the November 4, 2019 Case Management Conference. The parties reached a settlement in principal on October 22, 2019 and are currently working together to finalize a settlement agreement. Once they do so, the parties will promptly submit a Joint Motion for Preliminary Approval of the Stipulation of Settlement Agreement and Release.

Respectfully submitted,

| **SCOTT & WINTERS LAW FIRM, LLC** | **ZASHIN & RICH CO., L.P.A.** |
|---|---|
| *s/ Ryan A. Winters* | *s/ Lauren M. Drabic* |
| Joseph F. Scott (0029780) | Jon M. Dileno (0040836) |
| jscott@ohiowagelawyers.com | jmd@zrlaw.com |
| Ryan A. Winters (0086917) | Ami J. Patel (0078201) |
| rwinters@ohiowagelawyers.com | ajp@zrlaw.com |
| Kevin M. McDermott II (0090455) | Lauren M. Drabic (0097448) |
| kmcdermott@ohiowagelawyers.com | lmd@zrlaw.com |
| The Caxton Building | 950 Main Avenue, 4th Floor |
| 812 Huron Rd. E., Suite 490 | Cleveland, OH 44113 |
| Cleveland, OH 44115 | T: 216/696-4441 |
| T: 216/912-2221 | F: 216/696-1618 |
| F: 216/350-6313 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*s/ Ryan A. Winters*
Ryan A. Winters (0086917)