UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Margerita Noland-Moore, | ) | CASE NO.: 1:18CV2730 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| City of Cleveland, | ) | |
| | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| Defendant. | ) | |

The parties' most recent status report indicated that this matter has been settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit their motion to approve the settlement by no later than December 15, 2019. This Court will retain jurisdiction over the settlement. The case management conference scheduled for November 4, 2019 is hereby cancelled.

IT IS SO ORDERED.


DATED: November 1, 2019         /s/ John R. Adams
                                JUDGE JOHN R. ADAMS
                                UNITED STATES DISTRICT COURT